■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL RICCARDO, Respondent, v MELVIN WILLIAMS, Superintendent, Willard Drug Treatment Campus, Appellant. [896 NYS2d 704]—Appeal from a judgment of the Supreme Court, Seneca County (W. Patrick Falvey, A.J.), entered July 3, 2008 in a habeas corpus proceeding. The judgment granted the petition and directed release of petitioner to parole supervision.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law without costs and the petition is dismissed (*see People ex rel. Van Steenburg v Wasser*, 69 AD3d 1135 [2010]; *People ex rel. Muhammad v Bradt*, 68 AD3d 1391 [2009]; *People ex rel. Almodovar v Berbary*, 67 AD3d 1419 [2009], *lv denied* 14 NY3d 703 [2010]). Present—Smith, J.P., Fahey, Carni and Green, JJ.

■ In the Matter of HAROLD W. RATHBUN, III, For Reinstatement to the Practice of Law in the State of New York. [895 NYS2d 901]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Mar. 2, 2010.)

■ In the Matter of JOHN D. CRAIK, an Attorney, Resignor. [895 NYS2d 902]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Feb. 26, 2010.)

■ In the Matter of WILLIAM RAKESTRAW COWDEN, an Attorney, Resignor. [896 NYS2d 915]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Mar. 5, 2010.)

■ In the Matter of GEORGE JONATHON ALEXANDER, an Attorney, Resignor. [895 NYS2d 891]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Mar. 5, 2010.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERROL WEATHERS, Appellant. [896 NYS2d 277]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Pine and Gorski, JJ.